# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) Plaintiff, ) ) v. ) ) CHISLON THOMAS ) ) Defendant. ) _____ ) | CRIMINAL NO. 2001-119 |

## ORDER

FINCH, J.

      THIS MATTER comes before the Court on Defendant's Motion for a Status Conference. After careful consideration and being satisfied in the premises, it is hereby,

      **ORDERED** that Defendant's Motion for a Status Conference is **GRANTED.** It is further

      **ORDERED** that a status conference shall commence on August 21, 2008 at 10:30 a.m.

      ENTERED this 18th day of August, 2008.

                                                       /s/_____
                                        **HONORABLE RAYMOND L. FINCH**
                                        **U.S. DISTRICT JUDGE**